UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:14-cr-76-FtM-38DNF

MICHAEL TERRILL FAIRCLOTH

_____

## ORDER

    This matter comes before the Court on the Motion for Pre-Plea Pre-Sentence Report (Doc. #32) filed on January 29, 2015. Counsel moves the Court for a pre-sentence report to be completed so that the Defendant can determine what sentence of incarceration would be imposed should he plead guilty to the charges.  Counsel indicates that he has addressed Defendant's concerns with him in trying to determine whether to proceed to trial or to enter a change of plea.  Defendant still believes this information would aid him in making this decision.

    Upon consideration of the motion, the Court will deny the request.  The probation department authors these reports in preparation for sentencing.  The Court does not find any exigent or extraordinary circumstances exist to justify the preparation of this report out of time.  The Defendant should rely on the advice of counsel and make his decision after considering all of the facts and circumstances.

    Accordingly, it is now

    **ORDERED:**

    The Motion for Pre-Plea Pre-Sentence Report (Doc. 32) is **DENIED**.  This case remains on the February trial term with an extended plea deadline of February 9, 2015.

**DONE AND ORDERED** at Fort Myers, Florida this 1st day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record