UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.	CASE NO: 2:14-cr-76-FtM-38DNF

MICHAEL TERRILL FAIRCLOTH

### ORDER

This matter comes before the Court on the Defendant's Motion to Have the Probation Department Prepare a Criminal History of the Defendant (Doc. #46) filed on March 19, 2015.  Defense Counsel moves the Court for the preparation of a "Pre-Plea Pre-Sentence Report" by the Probation Department.  As grounds, Counsel indicates the Defendant has an extensive criminal history which is difficult to calculate and advise the Defendant on his potential criminal exposure.

On February 3, 2015, the Court issued an Order denying this same request submitted by previous Counsel.  The Court stands by its previous ruling.  The Court finds no circumstance exists that would justify directing the Probation department to prematurely prepare a pre-sentence investigation report.  Further, appointed Counsel is an experienced and seasoned attorney who is capable of providing competent advice to the Defendant. The Court advises the Defendant to rely on the advice of Court appointed Counsel to determine the path most appropriate for him.  At this time, the case remains on the trial term commencing May 4, 2015.

Accordingly, it is now

**ORDERED:**

The Defendant's Motion to Have the Probation Department Prepare a Criminal History of the Defendant (Doc. 46) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 23rd day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record