UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:14-cr-76-FtM-38DNF

MICHAEL TERRILL FAIRCLOTH
_____/

**ORDER[1]**

This matter comes before the Court on Defendant Michael Terrill Faircloth's Objection to Jury Instruction (Doc. #73) filed on May 25, 2015. In the Objection, Defendant avers that the Eleventh Circuit's pattern jury instruction for 18 U.S.C. § 922(g)(1) convolutes the elements, and is therefore misleading. (Doc. #73 at 2). Because the Eleventh Circuit has already held that its pattern instruction for § 922(g)(1) is "a correct statement of the law," and that by using this instruction, a "district court [would] properly advise[] the jury so that they understood the issues involved," the Court finds this argument unpersuasive. *United States v. Phillips*, 202 F. App'x 442, 445 (11th Cir. 2006). As a result, Defendant's Objection is due to be denied.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Defendant Michael Terrill Faircloth's Objection to Jury Instruction (Doc. #73) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this June 3, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record