UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 2:14-cr-76-FtM-38DNF

MICHAEL TERRILL FAIRCLOTH

### ORDER TO SHOW CAUSE[1]

This matter comes before the Court on review of the docket. On May 5, 2015, the Court held a specially set status conference in this action, during which Defendant, Michael Terrill Faircloth, requested a continuance on the basis that he needed more time to secure his own phone records and internal affairs investigation documents relating to police officers with possible knowledge of the pertinent facts in this action. (Doc. #72). The Court granted Defendant's Motion, instructing him to file by May 8, 2015, the requests for the desired phone records or to submit a subpoena to the Court for said records. (Doc. #72 at 2). Defendant failed to meet this deadline. Thereafter, the Court held an additional specially set status conference on May 26, 2015. (Doc. #75).

At the second status conference, Defendant requested an additional continuance, representing that he now needed not only his own phone records, but also the phone records of multiple third parties. The Court leniently granted Defendant's Motion,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

instructing him that he must secure and present subpoenas for these phone records to the Court by Wednesday, June 3, 2015. (Doc. #75). Now, Defendant has once again failed to meet the Court's deadline without any explanation. Because of this, Defendant shall be prepared to show cause at yet another status conference scheduled for Monday, June 8, 2015, as to why the Court should not immediately set this action for trial.

Accordingly, it is now

**ORDERED:**

Defendant Michael Terrill Faircloth shall be prepared to show cause at the status conference scheduled for Monday, June 8, 2015, as to why the Court should not immediately set this action for trial.

**DONE AND ORDERED** at Fort Myers, Florida, this June 4, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record