UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                              CASE NO: 2:14-cr-76-FtM-38MRM

MICHAEL TERRILL FAIRCLOTH

### ORDER

This matter comes before the Court on the Defendant's Motion for the Court to Take Judicial Notice (Doc. #142) filed on August 6, 2015. The Defendant moved the Court to take judicial notice of Florida Statutes 705.102 and 790.174. For the reasons stated on the record during the trial proceedings, the Court denied the motion. Accordingly, it is now

**ORDERED:**

The Defendant's Motion for the Court to Take Judicial Notice (Doc. #142) is **DENIED** *nunc pro tunc*.

**DONE AND ORDERED** at Fort Myers, Florida, this February 5, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record