UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 2:14-cr-76-FtM-38MRM

MICHAEL TERRILL FAIRCLOTH

### ORDER

This matter comes before the Court on the Motion in Limine Regarding Impeachment of the Defendant by Reference to his Prior Convictions (Doc. #62) filed on May 3, 2015.  Counsel moved the Court for an order limiting the Government's cross-examination of the Defendant, should he choose to testify at trial.  The Court originally reserved on the issue and indicated it would issue a ruling during the trial proceeding. At this time, the trial has concluded.  For the reasons stated on the record, the Court granted the motion.  Accordingly, it is now

**ORDERED:**

The Motion in Limine Regarding Impeachment of the Defendant by Reference to his Prior Convictions (Doc. 62) is **GRANTED** based upon the reasons stated on the record during the trial proceedings.

**DONE AND ORDERED** at Fort Myers, Florida, this February 5, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record