UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                          CASE NO: 2:14-cr-76-FtM-38MRM

MICHAEL TERRILL FAIRCLOTH

### **ORDER**[1]

This matter comes before the Court on the Defendant Michael Terrill Faircloth's Second Motion for Transfer Order for Dental Care (Doc. #169) filed on March 20, 2016. Defendant moves the Court to have him transported to a dentist outside of the Charlotte County Jail, where he is currently in custody.  As grounds, Defendant claims to have injured his tooth after he bit down on a stone in his meal at Charlotte County Jail and that the jail's medical staff has not corrected the injury.

As a matter of background, Defendant previously moved the Court to order the United States Marshals Service to transport him to a dentist for dental care for the same tooth injury.  He averred that a dentist could save his tooth, but that the jail's medical unit could only remove it.  Magistrate Judge Douglas N. Frazier denied his motion and directed Defendant to avail himself of the treatments provided by the jail.  (Doc. #90).

In the instant motion, Defendant again seeks to be transported to an outside dentist.  Defendant attached his own affidavit, stating that in his previous motion, he did

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

not properly identify the injury as one sustained while in Charlotte County Jail's custody. (Doc. #169-1). Further, Defendant attests that the jail dentist "prescribed" treatment from outside facilities and that another "area of concern was misdiagnosed and would also require outside services." (Doc. #169-1). Defendant further states that "constant denial of adequate medical care" is cruel and unusual punishment. (Doc. #169-1).

After careful consideration of Defendant's motion and affidavit, it is clear to the Court that he is neither being refused adequate medical care nor being refused treatment by a competent dentist. Defendant may not like the treatment recommendations provided by the Charlotte County Jail; however, he is receiving medical/dental care consistent with the jail's procedures and policies for inmates with non-life threatening medical problems. Because there are no sworn affidavits provided by medical personnel that indicate Defendant needs to be transported to another medical facility due to a life threatening injury, Defendant is not entitled to be treated by a dentist outside Charlotte County Jail. Finally, Defendant is not specific (nor provides supporting medical documentation) as to what "area of concern" exists that require the need for outside dental care.

Finally, Defendant is not a pretrial detainee. On January 28, 2016, a jury found him guilty of the charges on which he was indicted and is currently awaiting sentencing. (Doc. #161). Defendant also has charges pending against him in the United States District Court for the Southern District of Florida. Until those charges are resolved, his placement in the Bureau of Prisons will not take effect. Defendant, therefore, remains detained in the Charlotte County Jail and is subject to its medical policies and procedures.

For the reasons outlined above, the Court denies Defendant's motion (Doc. #169).

Accordingly, it is now

**ORDERED:**

Defendant's Second Motion for Transfer Order for Dental Care (Doc. #169) is **DENIED**. The Defendant shall continue to be treated by the Charlotte County Jail's medical professionals, or at their direction, an outside facility.

**DONE AND ORDERED** at Fort Myers, Florida, this March 24, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record