UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 2:14-cr-76-FtM-38DNF

MICHAEL TERRILL FAIRCLOTH
_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following assets:

    a.    a Ruger P95, 9mm pistol, serial number 318-53635; and

    b.    ten (10) rounds of 9mm ammunition and one (1) test-fired 9mm projectile and casing.

The jury found the defendant guilty of being a convicted felon in possession of the firearm and ammunition described above as charged in Count One of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

Based on the defendant's conviction of the offense charged in Count One of the Indictment, the United States has established the required connection between the assets described above and the offense for which the defendant has been found guilty.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 924(d)(1), 28

U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the firearm and ammunition identified above are forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE and ORDERED** in Fort Myers, Florida, this 29th day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties\Counsel of Record